IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE PETERSMARCK, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) | |
| Plaintiff, | ) ) | No.   14-cv-03726 |
| v. | ) ) | Hon. Elaine E. Bucklo |
| APRIA HEALTHCARE GROUP, INC., a Delaware corporation, APRIA HEALTHCARE LLC, a Delaware limited liability company, | ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

The undersigned parties, by their respective counsel, hereby stipulate and agree that this matter, including any and all claims asserted therein, shall be dismissed with prejudice as to all parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party bearing its own fees and costs.

Dated:  December 1, 2015            STEPHANIE PETERSMARCK,

By: /s/ Michael J. McMorrow
Michael J. McMorrow
MCMORROW LAW, P.C.
One North LaSalle Street, 44th Floor
Chicago, IL  60602
Tel:  (312) 265-0708
mike@mjmcmorrow.com

Evan M. Meyers
MCGUIRE LAW, P.C.
161 N. Clark Street, 47th Floor
Chicago, IL  60601
Tel:  (312) 216-5179

emeyers@mcgpc.com

APRIA HEALTHCARE GROUP, INC.
APRIA HEALTHCARE LLC

By: /s/ Jaime Drozd Allen
    Jaime Drozd Allen
    DAVIS WRIGHT TREMAINE LLP
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101
    Tel: (206) 757-8039
    jaimeallen@dwt.com